UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: <u>Jonay Freeman</u> | ) | Case No. |
| SSN: XXX-XX- <u>2699</u> | ) | Hearing Date: |
| SSN: XXX-XX- | ) | Hearing Time: |
| Debtor(s). | ) | Hearing Location: ___ |

## CHAPTER 13 PLAN

| | | |
|---|---|---|
| 1.1 | A limit on the dollar amount of a secured claim, which may result in a partial payment or no payment at all to the secured creditor. | ☐ Included<br>☑ Not Included |
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest. | ☐ Included<br>☑ Not Included |
| 1.3 | Nonstandard provisions set out in Part 5. | ☐ Included<br>☑ Not Included |

**Part 1.   NOTICES**

**TO DEBTORS:**  This form sets out options that may be appropriate in some cases, but the presence of an option does not indicate that the option is appropriate in your circumstances or that it is permissible in the Eastern District of Missouri.  **Plans that do not comply with local rules and judicial rulings may not be confirmable.**

**TO CREDITORS:    Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated.**  You should read this plan carefully and discuss it with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.  If you oppose the plan's treatment, you or your attorney must file an objection to confirmation in accordance with the Eastern District of Missouri Local Bankruptcy Rule 3015.  The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. **YOU MUST FILE A TIMELY PROOF OF CLAIM IN ORDER TO PARTICIPATE IN DISBURSEMENTS PROPOSED IN THE PLAN. CLAIMS SHALL SHARE ONLY IN FUNDS DISBURSED AFTER THE CHAPTER 13 TRUSTEE RECEIVES THE CLAIM.**

**Part 2.   PLAN PAYMENTS AND LENGTH OF PLAN**

2.1   <u>Plan Payments</u>.  **Debtor is to make regular payments to the Chapter 13 Trustee as follows:  (complete one of the following payment options)**

(A) <u>$650.00</u> per month for <u>36</u> months.

(B) $_____ per month for ____ months, then $_____ per month for ____ months, then $_____ per month for ____ months.

(C)  A total of $ _____ through ____, then $_____ per month for ____ months beginning with the payment due in ____, 20____.

2.2     **Tax Refunds**. Within fourteen days after filing federal and state income tax returns, Debtor shall provide the Chapter 13 Trustee with a copy of each return required to be filed during the life of the plan.  The Debtor shall send any tax refund received during the pendency of the Chapter 13 case to the Trustee; however, Debtor may retain a portion of a tax refund to pay income taxes owed to any taxing authority for the same period as the refund. Debtor may also retain $1,250 for single filers or $1,500 for joint filers and refundable tax credits consisting of Earned Income Credit (EIC) and Additional Child Tax Credit, each year.

2.3     **Additional Lump Sums**. Debtor shall send additional lump sum(s) consisting of _____, if any, to be paid to the Trustee.

## Part 3.     DISBURSEMENTS

Creditors shall be paid in the following order and in the following fashion. Unless stated otherwise, the Chapter 13 Trustee will make the payments to creditors.  All disbursements by the Trustee will be made pro-rata by class, except per month disbursements described below. However, if there are funds available after payment of equal monthly payments in paragraph 3.5 and fees in paragraph 3.6, those funds may be distributed again to those same paragraphs until paid in full before distributing to the next highest paragraphs:

3.1     **Trustee**.   Pay Trustee a percentage fee as allowed by law.

3.2     **Executory Contract/Lease Arrearages**. Trustee will cure pre-petition arrearage on any executory contract accepted in paragraphs 3.3(A) or (B) over the following period, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD |
| --- | --- | --- |
| -NONE- | | 6 months |

3.3     **Pay the following sub-paragraphs concurrently:**

(A) **Post-petition real property lease payments** . Debtor assumes executory contract for real property with the following creditor(s) and proposes to maintain payments (which the Debtor shall pay) in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT |
| --- | --- |
| -NONE- | |

(B) **Post-petition personal property lease payments** . Debtor assumes executory contract for personal property with the following creditor(s) and proposes to maintain payments (which the Trustee shall pay) in accordance with terms of the original contract as follows:

| CREDITOR NAME | MONTHLY PAYMENT | EST MONTHS REMAINING |
| --- | --- | --- |
| -NONE- | | |

(C) **Continuing Debt Payments (including post-petition mortgage payments on real estate,**

other than Debtor's residence.) Maintain payments of the following continuing debt(s) in accordance with terms of the original contract with any arrearages owed at the time of filing to be cured in paragraph 3.5(A). Trustee shall make payments in the amount listed below or as adjusted by the creditor under terms of the loan agreement.

| CREDITOR NAME | MONTHLY PAYMENT |
|---|---|
| -NONE- | |

(D) **Post-petition mortgage payments on Debtor's residence.**  Payments due post-filing on debt(s) secured by lien(s) on Debtor(s) residence shall be paid at the monthly amount listed below (or as adjusted by creditor under terms of loan agreement) to:

| CREDITOR NAME | MONTHLY PAYMENT | BY DEBTOR / TRUSTEE |
|---|---|---|
| Loancare Servicing Ctr | $2,045.00 | Debtor |

(E) **DSO Claims in equal installments.**  Pay pre-petition domestic support obligation arrears (not provided for elsewhere in the plan) in full in equal monthly installments over the life of the plan, estimated as:

| CREDITOR NAME | TOTAL AMOUNT DUE | INTEREST RATE |
|---|---|---|
| -NONE- | | |

3.4       **Attorney Fees**. Pay Debtor's attorney $2,350.00 in equal monthly payments over 18 months (no less than 18 months). Any additional fees allowed by the Court shall be paid pursuant to paragraph 3.6 below. [See procedures manual for limitations on use of this paragraph]

3.5       **Pay the following sub-paragraphs concurrently**:

(A)  **Pre-petition arrears on secured claims paid in paragraph 3.3** . Pay pre-petition arrearage on debts paid under paragraphs 3.3(C) or (D) in equal monthly installments over the period set forth below and with the interest rate identified below, estimated as follows:

| CREDITOR NAME | TOTAL AMOUNT DUE | CURE PERIOD | INTEREST RATE |
|---|---|---|---|
| Loancare Servicing Ctr | $6,000.00 | 36 months | 0.00% |

(B) **Secured claims to be paid in full** . The following claims shall be paid in full in equal monthly payments over the period set forth below with 7.0% interest:

| CREDITOR | EST BALANCE DUE | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|
| American Credit Accept | $7,554.00 | 36 months | $8,396.84 |

(C) **Secured claims subject to modification**. Pay all other secured claims the fair market value of the collateral, as of the date the petition was filed, in equal monthly payments over the period set forth below with 7.0% interest and with any balance of the debt to be paid as non-priority unsecured debt under paragraph 3.9(A), estimated as set forth below.  If no period is set forth below for a claim to be paid under this paragraph, the claim will be paid

over the plan length.

| CREDITOR | BALANCE DUE | FMV | REPAY PERIOD | TOTAL w/ INTEREST |
|---|---|---|---|---|
| City & Village | $153.75 | $240,000.00 | 36 months | 160.00 |

(D) <u>Co-debtor debt paid in equal monthly installments</u> . The following co-debtor claims(s) to be paid by Trustee or by the co-debtor as noted below.  If paid by Trustee, such claim(s) shall be paid in equal monthly installments over the period and with interest as identified below:

| CREDITOR | EST BALANCE DUE | TRUSTEE / CO-DEBTOR | PERIOD | INTEREST RATE |
|---|---|---|---|---|

-NONE-

(E) <u>Post Petition Fees and Costs</u> .  Pay any post-petition fees and costs as identified in a notice filed pursuant to Federal Rule of Bankruptcy Procedure 3002.1 as a supplement to an allowed claim or any other post-petition fees and costs which the Court allows and orders the Trustee to pay. Any such amounts shall be paid in equal monthly payments over the remainder of the plan duration and shall not receive interest.

3.6      <u>Additional Attorney Fees</u> .  Pay <u>$2,400.00</u> of Debtor's attorney's fees and any additional Debtor's attorney's fees allowed by the Court.

3.7      <u>Pay sub-paragraphs concurrently</u>:

(A) <u>Unsecured Co-debtor Guaranteed Claims</u> . The following unsecured co-debtor guaranteed debt to be paid by Trustee or by the co-debtor as noted below.  If paid by Trustee, pay claim in full with interest rate as identified below:

| CREDITOR | EST TOTAL DUE | TRUSTEE / CO-DEBTOR | INTEREST RATE |
|---|---|---|---|

-NONE-

(B) <u>Assigned DSO Claims</u> .  Domestic support obligation arrearages assigned to, or recoverable by, a governmental unit, will be paid a fixed amount with the balance to be owed by Debtor(s) after completion of the Plan, pursuant to §§ 507(a)(1)(B) and 1322(a)(4).  Regular payments that become due after filing shall be paid **directly** by Debtor(s):

| CREDITOR | TOTAL DUE | TOTAL AMOUNT PAID BY TRUSTEE |
|---|---|---|

3.8      <u>Priority Claims.</u> Pay priority claims allowed under § 507 that are not addressed elsewhere in the plan in full, estimated as follows:

**CREDITOR NAME**                                    **TOTAL AMOUNT DUE**

-NONE-

3.9     **Pay the following sub-paragraphs concurrently**:

(A) **General Unsecured Claims**. Pay non-priority, unsecured creditors. Estimated total owed: **$55,368.24**.  Amount required to be paid to non-priority unsecured creditors as determined by §1325(a)(4) hypothetical Chapter 7 liquidation calculation: **$0.00**.   Amount required to be paid to nonpriority unsecured creditors as determined by §1325(b) calculation: **$0.00**.   Debtor guarantees a minimum of  **$0.00** (Dollar amount or 100%) will be paid to non-priority unsecured creditors.

(B)  **Surrender of Collateral**.  Debtor proposes to surrender the following collateral to the following creditor(s). (Choose one).

☑  Any deficiency shall be paid as non-priority unsecured debt.

☐  The Trustee shall stop payment on the creditor's claim until such time as the creditor files an amended claim showing the secured and unsecured deficiency (if any) still owed after sale of the surrendered collateral.

| CREDITOR NAME | COLLATERAL |
|---|---|
| Exeter Finance Llc | 2015 Cadillac ATS |
| Wells Fargo Dealer Svc | 2008 Mercedes S550 |

(C) **Rejected Executory Contracts/Leases.**  Debtor rejects the following executory contract(s) with the following creditor(s).  Any balance will be paid as non-priority unsecured debt:

**CREDITOR NAME**                                    **CONTACT / LEASE**

-NONE-

**Part 4.     OTHER STANDARD PLAN PROVISIONS**

4.1     Absent a specific order of the Court to the contrary, the Chapter 13 Trustee, rather than the Debtor, will make all pre-confirmation disbursements pursuant to § 1326(a).

4.2     All creditors entitled to pre-confirmation disbursements, including lease creditors, must file a proof of claim to be entitled to receive payments from the Chapter 13 Trustee.

4.3     The proof of claim shall control the valuation of collateral and any valuation stated in the plan shall not be binding on the creditor.

4.4     The Trustee, in the Trustee's sole discretion, may determine  to reserve funds for

payment to any creditor secured by a mortgage on real estate pending filing of a claim.

4.5      Any post-petition claims filed and allowed under § 1305 may be paid through the plan.

4.6      Debtor is not to incur further credit or debt without the consent of the Court unless necessary for the protection of life, health or property and consent cannot be obtained readily.

4.7      All secured creditors shall retain the liens securing their claims until the earlier of the payment of the underlying debt determined under non-bankruptcy law or discharge under § 1328.  However, Debtor will request avoidance of non-purchase money liens secured by consumer goods as well as judicial liens which impair exemptions and said creditors will not retain their liens if the court enters an order granting Debtor's request to avoid the liens.

4.8      Any pledged credit union shares or certificates of deposit held by any bank shall be applied to the amount owed such claimant.

**Part 5.      NONSTANDARD PLAN PROVISIONS**

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below.  A nonstandard provision is a provision not otherwise included in the Official Form or Local Form or deviating from it.  Nonstandard provisions set out elsewhere in this plan are ineffective.

**The following plan provisions will be effective only if there is a check in the box "included" in Part 1 of this Plan:**

5.1 _____

5.2 _____

**Part 6.      VESTING OF PROPERTY OF THE ESTATE**

6.1      Title to Debtor's property shall re-vest in Debtor(s) upon confirmation.

**Part 7.      CERTIFICATION**

**The debtor(s) and debtor(s) attorney, if any, certifies that the wording and order of the provisions in this Plan are identical to those contained in Official Local Form 13 of the Eastern District of Missouri,  other than any Nonstandard Plan Provisions in Part 5.**

DATE: 07-09-19          DEBTOR: /s/ Sonay J Freeman

DATE: ___               DEBTOR:

                        /s/ Michael Doyel
                        Attorney for Debtor(s)

                        MOBAR #42478

                        EDMO #42478MO

DATE: 07-09-19          10820 Sunset Office Drive, Suite 124

                        St. Louis, MO 63127

                        314-909-9909

                        314-909-6626 fax

                        mike@doyellaw.com


CERTIFICATE OF SERVICE


I certify that a true and correct copy of the foregoing document was filed
electronically on July 10, 2019 with the United States Bankruptcy Court, and
has been served on the parties in interest via e-mail by the Court's CM/ECF
System as listed on the Court's Electronically Mail Notice List.


I certify that a true and correct copy of the foregoing document was filed
electronically on July 10, 2019 with the United States Bankruptcy Court, and
has been served by Regular United States Mail Service, first class, postage fully
pre-paid, address to those parties on the Court's Manual Notice List and listed
below on July 10, 2019.


Acceptance Now
5501 Headquarters Dr
Plano, TX 75024


Account Resolution Cor
700 Goddard Ave
Chesterfield, MO 63005


Ace Cash Express
1231 Greenway Drive
Irving, TX 75038


Acima Credit Fka Simpl
9815 S Monroe St Fl 4
Sandy, UT 84070

American Credit Accept
961 E Main St
Spartanburg, SC 29302


Cap One
Po Box 85015
Richmond, VA 23285-5075


Cavalry Portfolio Serv
Po Box 27288
Tempe, AZ 85285


Cb/Buckle
4590 E Broad Street
Columbus, OH 43213


Cb/Pier1
Po Box 182789
Columbus, OH 43218


City & Village Tax Office
Bridgeton, MO 63044


Comenity Bank/Gordmans
Po Box 182789
Columbus, OH 43218


Comenity I Bank
P.O. Box 182273
Columbus, OH 43218


Con Col Mgmn
Pob 1839
Maryland Heights, MO 63043


Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193


Diversified
Pob 551268

Jacksonville, FL 32255

Exeter Finance Llc
Po Box 166097
Irving, TX 75016


First Premier Bank
601 South Minnesota Aven
Sioux Falls, SD 57104


Heights Finance Co 329
1257 Jungermann Rd
Saint Peters, MO 63376


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Loan Express
300 S Grand
Saint Louis, MO


Loan Nation
2615 Gravois
Saint Louis, MO 63118


Loancare Servicing Ctr
3637 Sentara Way
Virginia Beach, VA 23452


Lvnvfundg
P.O. Box 10584
Greenville, SC 29603


Macys/Dsnb
Po Box 8218
Mason, OH 45040

Medicredit, Inc
Po Box 1629
Maryland Heights, MO 63043


Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804


Metropolitan Sewer District
2350 Market Street
Saint Louis, MO 63103


Midland Funding
320 E Big Beaver Rd Ste
Troy, MI 48083


Missouri Department of Revenue
P.O. Box 475
Jefferson City, MO 65105-0475


Mobiloansllc
Po Box 1409
Marksville, LA 71351


Onemain
601 N.W. 2nd Street
Evansville, IN 47708


Online Collections
Po Box 1489
Winterville, NC 28590


Portfolio
120 Corporate Blvd, Ste 1
Norfolk, VA 23502


Prestige
P O Box 26707
Salt Lake City, UT 84126-0707


Progressive Leasing

256 West Data Drive
Draper, UT 84020


Springleaf Financial S
10728 W Florissant Ave
Saint Louis, MO 63136


Sun Loan
9855 St Charles Rock Breckenridge Hills


Sun Loan Company
9855 Saint Charles Rock
Saint Ann, MO 63074


Syncb/Banana Rep
Po Box 965005
Orlando, FL 32896



Syncb/Ntwk
C/O P.O. Box 965036
Orlando, FL 32896-5036


Syncb/Ntwk
Po Box 965036
Orlando, FL 32896


Syncb/Tjx
4125 Windward Plaza
Alpharetta, GA 30005


Syncb/Valu
C/O P.O. Box 965036
Orlando, FL 32896


Syncb/Walmar
Po Box 965024
Orlando, FL 32896


Syncg/Gap
P.O. Box 965030
Orlando, FL 32896

Td Bank Usa/Targetcred
Po Box 673
Minneapolis, MN 55440


United Cfn
865 Bassette Rd
Westlake, OH 44145-1194
Us Bank
4325 17th Ave S
Fargo, ND 58125


Wells Fargo Dealer Svc
Po Box 10709
Raleigh, NC 27605


William Whealan
11970 Borman Dr
Saint Louis, MO 63146


World Finance Corporat
108 Frederick St
Greenville, SC 29607


/s/ Michael E. Doyel